

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00077-CV

---

IN RE O.W. LOYD, II

---

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 2019-307

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

MEMORANDUM OPINION

O.W. Loyd, II, has attempted to appeal from a May 30, 2019, order holding him in civil contempt of the 402nd Judicial District Court of Wood County. The issue before this Court is whether we have jurisdiction to hear the appeal. We conclude that we do not and dismiss the appeal for want of jurisdiction.

"An order holding a person in contempt is not one from which [a direct] appeal may be brought." *Monasco v. Gilmer Boating & Fishing Club*, No. 06-11-00132-CV, 2012 WL 524472, at *1 (Tex. App.—Texarkana Feb. 1, 2012, no pet.) (mem. op.) (citing *Ex parte Cardwell*, 416 S.W.2d 382, 384 (Tex. 1967); *Pandozy v. Beaty*, 254 S.W.3d 613, 616 (Tex. App.—Texarkana 2008, no pet.) (citing *Ex parte Williams*, 690 S.W.2d 243 (Tex. 1985))). Consequently, it appears that we are without jurisdiction over this appeal.

By letter dated August 22, 2019, we informed Loyd of this potential defect in our jurisdiction and afforded him the opportunity to demonstrate proper grounds for our retention of the appeal. Loyd did not file a response to our letter.

In light of the foregoing, we dismiss the appeal for want of jurisdiction.

Scott E. Stevens
Justice

Date Submitted:     September 11, 2019
Date Decided:       September 12, 2019